**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LYNCH, et al.,<br><br>    Defendants. | No.  2:19-CV-2617-KJM-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for an extension of 45 days to file a reply to Defendant's outstanding motion to dismiss. ECF No. 28. Due to an error in Plaintiff's address, a copy of the motion to dismiss was originally sent to an incorrect address. ECF No. 29. Defendants do not oppose an extension of time. For good cause shown, the Court grants Plaintiff's motion.

        Plaintiff may file an opposition to the motion to dismiss within 60 days of the date of this order.

        IT IS SO ORDERED.

Dated:  February 9, 2021

                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE