IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. HOWARD, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-2617-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 46, for a 60-day extension of time to file a second amended complaint. In his motion, Plaintiff states that he is recovering from eye surgery and requires additional time to prepare his amended pleading. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff may file a second amended complaint within 60 days of the date of this order. If Plaintiff does not file a second amended complaint within the time provided herein, the action will proceed on Plaintiff's first amended complaint as explained in the Court's February 16, 2022, order.

　　　　IT IS SO ORDERED.

Dated: March 22, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1