1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    TIMOTHY RAY BAKER,                         No.  2:19-CV-2617-KJM-DMC-P

12                    Plaintiff,

13         v.                                     FINDINGS AND RECOMMENDATIONS

14    J. HOWARD, et al.,

15                    Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed on the first amended

19    complaint, see ECF No. 48.

20              On February 16, 2022, the Court issued an order addressing the sufficiency of

21    Plaintiff's first amended complaint.  See ECF No. 44.  The Court found that Plaintiff states a

22    cognizable claim for retaliation against Defendant Howard, and a cognizable claim for failure to

23    protect as against Defendants Howard, Hontz, Frederick, Peterson, and Roth.  See id. at 4. The

24    Court found that the first amended complaint fails to state any other cognizable claims.  See id.

25    Specifically, the Court determined that Plaintiff's third claim for relief under the Eighth

26    Amendment arising from alleged deliberate indifference to his mental health needs is insufficient

27    to proceed.  See id. at 4-5.  Plaintiff was provided an opportunity to amend.  See id. at 5.  On

28    April 8, 2022, after having been granted an extension of time to file a second amended complaint,

1

1   Plaintiff filed a notice of his intent to proceed on the first amended complaint consistent with the

2   Court's February 16, 2022, order.  See ECF No. 48.

3            Based on the foregoing, the undersigned recommends that:

4            1.      Plaintiff's motion, ECF No. 48, to proceed on the first amended complaint

5   be granted; and

6            2.      This action proceed on the first amended complaint on Plaintiff's claims

7   for retaliation against Defendant Howard, and a cognizable claim for failure to protect as against

8   Defendants Howard, Hontz, Frederick, Peterson, and Roth, and that Plaintiff's third claim for

9   medical deliberate indifference be dismissed.

10           These findings and recommendations are submitted to the United States District

11  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

12  after being served with these findings and recommendations, any party may file written objections

13  with the Court.  Responses to objections shall be filed within 14 days after service of objections.

14  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v.

15  Ylst, 951 F.2d 1153 (9th Cir. 1991).

16

17  Dated:  April 25, 2022

18                                              _____
                                                DENNIS M. COTA
19                                              UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28