UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>  Plaintiff,<br><br>  v.<br><br>J. HOWARD, et al.,<br><br>  Defendants. | No.  2:19-CV-2617-KJM-DMC-P<br><br><br><br>ORDER |

      Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge.  <u>See</u> 28 U.S.C. § 636(c).

      The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

      IT IS ORDERED that any hearing dates currently set before the undersigned are vacated.

DATED: July 18, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1

1  I am the Magistrate Judge currently assigned to this case.  I accept reference of this
2  case for all further proceedings, including trial and entry of final judgment, by myself or such
3  other magistrate judge as may be assigned.
4  IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the
5  Honorable Dennis M. Cota.  HENCEFORTH, THE CAPTION ON DOCUMENTS FILED IN
6  THE REASSIGNED CASE SHALL BE SHOWN AS No. 2:19-CV-2617-DMC-P.

8  Dated:  July 18, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2