IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY RAY BAKER,** | Case No. 2:19-cv-02617-DMC |
| Plaintiff, | ORDER |
| v. | |
| **HOWARD, et al.,** | |
| Defendants. | |

Plaintiff Baker, a prisoner proceeding *pro se*, brings this civil rights action. Pending before the Court is Defendants' motion, ECF No. 67, to modify the Court's Discovery and Scheduling Order to vacate the current dispositive motion deadline to be reset to after the Court rules on Defendants' pending motion to compel. Good cause appearing, Defendants' motion is granted. The October 1, 2023, dispositive motion deadline is vacated and will be re-set upon resolution of Defendants' motion to compel further discovery.

IT IS SO ORDERED.

Dated:  September 7, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1