IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY RAY BAKER,** | Case No. 2:19-cv-2617-DMC (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **HOWARD, et al.,** | |
| Defendants. | |

Plaintiff Baker, a prisoner proceeding *pro se*, brings this civil rights action. Pending before the Court is Defendants' motion, under Federal Rule of Civil Procedure 16(b)(4), to modify the Court's Discovery and Scheduling Order (ECF No. 57), as modified by the Court's February 8, 2024, Order (ECF No. 69), to vacate the current summary-judgment motion deadline to be reset after the Court rules on Defendants' pending motion for terminating sanctions (ECF No. 72). Good cause appearing, Defendants' motion to vacate the May 8, 2024, summary-judgment motion deadline is GRANTED.

DATED: APRIL 26, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1